1

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorney for Plaintiffs*

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| LIZETH JIMENEZ and AYREANNE BORDEAUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VCA, INC.,<br><br>Defendant. | Case No. 3:25-cv-00301-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiffs hereby dismiss, without prejudice, their claims against VCA, Inc.

For clarity, the dismissal is being made in *this matter only* and for *statistical purposes*.  This case was filed due to uncertainty with whether Plaintiffs' claims against VCA could be transferred on the ECF system from the District of Oregon.  The District of Oregon has now issued an order transferring Plaintiffs' to this District, and those claims are now pending under the case number, 3:25-cv-767-SK.  Accordingly, dismissal of this action (3:25-cv-00301-SI) is proper to alleviate statistical duplicity.

Dated: February 6, 2025                    Respectfully submitted,

                                           **BURSOR & FISHER, P.A**.

                                           By: */s/ Sarah N. Westcot*
                                               Sarah N. Westcot

                                           Sarah N. Westcot (State Bar No. 264916)
                                           701 Brickell Avenue, Suite 1420
                                           Miami, FL 33131
                                           Telephone: (305) 330-5512
                                           Facsimile: (305) 676-9006
                                           Email: swestcot@bursor.com

                                           *Attorney for Plaintiffs*



Date:  February 7, 2025